FILED

JUN 1 2 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:14CR188 HEA** |
| MICHAEL NELSON, | ) ) |
| Defendant. | ) ) |

## INFORMATION

### COUNT I

The United States Attorney charges that:

On or about May 1, 2009, in the Eastern District of Missouri,

**MICHAEL NELSON,**

the Defendant herein, did knowingly and willfully make a materially false, fictitious and fraudulent statement to the United States Citizenship and Immigration Service in a matter within the jurisdiction of the United States Citizenship and Immigration Service.

In violation of, and punishable under, Title 18, United States Code, Section 1001.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ John Ware_
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA       )
EASTERN DIVISION               )
EASTERN DISTRICT OF MISSOURI   )

I, John J. Ware's Name, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
JOHN J. WARE, #40880MO

Subscribed and sworn to before me this 6th day of June, 2014.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK